Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Randy R. Jett
was received by me on *(date)* 10-20-2011.

☐ I personally served the summons on the individual at *(place)* 3642 Rocky Top Court, Clarksville, TN 37040 on *(date)* 10-20-2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Randy R. Jett , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* 10-20-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Via United States Mail, Certified No. 70111570000358951463

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10-20-2011

*Server's signature*

William D. Hinton Paralegal Specialist (Contractor)
*Printed name and title*

Suite A-961, 110 Ninth Avenue South
Nashville, TN 37203-3870    615-736-5151
*Server's address*

Additional information regarding attempted service, etc: