UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. NO. 3:11-01000 |
| ) | JUDGE NIXON |
| RANDY R. JETT, ) | MAGISTRATE KNOWLES |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION IN SUPPORT OF THE REQUEST
FOR THE ENTRY OF DEFAULT AND JUDGMENT

Pursuant to 28 U.S.C. §1746, I, Michael L. Roden, state as following under penalty of perjury:

1. I am an Assistant United States Attorney for the Middle District of Tennessee and that capacity I represent the Plaintiff, United States of America, in this civil action.

2. On October 19, 2011, the United States filed this action alleging that the Defendant owes the United States $13,187.50, plus interest.

3. On October 27, 2011, the United States served the Summons and Complaint upon the defendant at his residence. (Docket No. 4)

4. The Defendant has failed to appear, plead, or otherwise defend this action within the time allowed and, therefore, is now in default.

5. From information in the United States Attorney's Office file in this case, I infer that the defendant is not an infant or incompetent person and is not the in the Military service within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

6. The United States' claim consists of a principal sum of $5,841.01 and interest of

$7,346.49. Additional interest is accruing and to the date of judgment at the annual rate of 5.01%. The United States intends to compound interest annually and charge post judgment interest thereafter on the principal amount at the annual rate of the current post-judgment interest rate from the date of judgment.

7. This declaration is made in compliance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure, for the purposes of requesting the Clerk of Court or his lawful deputy, to enter default and judgment against the defendant in the total amount set forth above.

Executed this 9 th day of December, 2011.

                            JERRY E. MARTIN
                            UNITED STATES ATTORNEY

By:    s/Michael L. Roden
        Michael L. Roden, B.P.R. # 010595
        Assistant United States Attorney
        Suite A-961 110 9th Avenue, So.
        Nashville, Tennessee 37203-3870
        6l5-736-5151